por haber vencido el término del emplazamiento sin haberse mostrado parte la recurrente.   Abogado del recurrente : *Sr. Bosch.*   Abogado del recurrido : *Sr. Lopez Landrón.*

No. 45.   Ordoñez *v.* Bolivar.—Casación procedente de la Corte de Distrito de San Juan.   Resuelto en Septiembre 22, 1900.   Desistido el recurso á instancia de la parte recurrente.   Abogado del recurrente : *Sr. Hernández Lopez.*   Abogado del recurrido : *Sr. Diaz Navarro.*

No. 1.   Bello *v.* Doittan.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Septiembre 28, 1900.   Desistido á instancia de la parte recurrente. Abogado del recurrente : *Sr. Diaz Navarro.*   Abogado del recurrido : *Sr. Palacios Rodriguez.*

No. 63.   Sucesión Mestre *v.* Bellvê.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Octubre 18, 1900.   Se declaró desierto el recurso por no haber comparecido la parte recurrente.   Abogado del recurrido : *Sr. Diaz Navarro.*

No. 51.   Aparicio *v.* Casalduc Et Al.—Casación procedente del Juzgado de 1ª Instancia de Utuado.   Resuelto en Noviembre 14, 1900.   Se declaró desierto el recurso por no haber comparecido la parte recurrente.   Abogado del recurrido : *Sr. Palacios Rodriguez.*

No. 64.   Perichi y Ortiz *v.* Morazani.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en

declared abandoned because the term fixed by the citation expired without the appellant having made his appearance. *Mr. Bosch,* for appellant. *Mr. López Landrón,* for respondent.

---

No. 45. ORDÓÑEZ *v.* BOLÍVAR.—Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided December 22, 1900. Appeal was withdrawn on request of the appellant. *Mr. Hernández López,* for appellant. *Mr. Díaz Navarro,* for respondent.

---

No. 1. BELLO *v.* DOITTAN.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided September 28, 1900. Withdrawn by request of appellant. *Mr. Díaz Navarro,* for appellant. *Mr. Palacios Rodríguez,* for respondent.

---

No. 63. SUCCESSION OF MESTRE *v.* BELLVÉ.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided October 18, 1900. The appeal was declared abandoned on account of the failure of the appellant to appear. *Mr. Díaz Navarro,* for respondent.

---

No, 51. APARICIO *v.* CASALDUC ET AL.—Appeal in cassation from a judgment rendered by the Court of First Instance of Utuado. Decided November 14, 1900. The appeal was declared abandoned by reason of the failure of the appellant to appear. *Mr. Palacios Rodríguez,* for respondent.

---

No. 64. PERICHI Y ORTIZ *v.* MORAZANI.—Appeal in cassation from a judgment rendered by the District Court of

Enero 4, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Hernández Lopez.* Abogado del recurrido: *Sr. Diaz Navarro.* '

No. 2. Arévalo Et Al *v.* Olivieri.—Casación procedente de la Corte de Distrito de Ponce. Resuelto en Febrero 2, 1901. Se declaró desierto el recurso por no haber comparecido la parte recurrente. Abogado de los recurridos: *Sr. Bosch.*

No. 27. Bolívar *v.* Sucesión Vila.—Casación procedente de la Corte de Distrito de San Juan. Resuelto en Febrero 26, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Tous Soto, (José.)*

No. 11. Bartolomey *v.* Olivari Et Al.—Casación procedente de la Corte de Distrito de Ponce. Resuelto en Abril 10, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Guzmán Benitez (José.)*

No. 72. Blanes *v.* Herencia.—Casación prcoedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 19, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.*

No. 13. Martinez *v.* Schulze y Ca.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 19, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Hidalgo.*